UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOWELL DEQUINCY GREEN, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:24-CV-1929-X (BT) |
| DIRECTOR, TDCJ-CID, | § § § | |
| *Defendant.* | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 3). Green filed an objection seeming to reiterate the arguments in his petition. (Doc. 4). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 15th day of October 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE